| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>**Isabel C. Balboa, Esquire**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** | **Order Filed on February 9, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   MICHAEL COPPERTINO<br><br>              **Debtor** | Case No. 23-10381 (ABA)<br><br>Judge: Andrew B. Altenburg, Jr. |

## ORDER DISMISSING DEBTOR'S CHAPTER 13 CASE AND IMPOSING TWO-YEAR BAR ON FUTURE FILINGS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 9, 2023**

*[signature]*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page Two
Debtors:   **MICHAEL COPPERTINO**
Case No.   **23-10381 (ABA)**
Order:     **ORDER DISMISSING DEBTOR'S CHAPTER 13 CASE AND IMPOSING TWO-YEAR BAR ON FUTURE FILINGS**

___

This matter being opened by the Court upon an Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Meet Credit Counseling Requirements, Failure to Comply with Local Rule 1006, Failure to File Missing Documents, and a hearing having been conducted on February 7, 2023, and for good cause shown:

**IT IS ORDERED** that Case No. 23-10381 (ABA) is hereby dismissed;

**IT IS FURTHERED ORDERED** that Debtor is hereby barred from filing a new bankruptcy petition, in any chapter, for a period of two-years from the date of this Order;

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.